No. 98–9545. MASON v. WESTMINSTER INVESTMENTS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–9749. MCFALL v. DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 98–9760. BOONE v. CHARLIE OBAUGH PONTIAC BUICK, INC. Sup. Ct. Va. Certiorari denied.

No. 98–9785. PRESTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9992. SHARIF-JOHNSON v. ILLINOIS EDUCATIONAL LABOR RELATIONS BOARD ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–24. ORANGE COUNTY DEPARTMENT OF PROBATION v. WARNER. C. A. 2d Cir. Certiorari denied.

No. 99–47. RUVALCABA v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–97. PAGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–256. B. WILLIS, C. P. A., INC. v. PUBLIC SERVICE COMPANY OF OKLAHOMA ET. AL. C. A. 10th Cir. Certiorari denied.

No. 99–258. CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 99–259. LOZADA COLON v. DEPARTMENT OF STATE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–262. ANKER ENERGY CORP. ET AL. v. UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND ET AL. C. A. 3d Cir. Certiorari denied.